UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ, | No. CV 09-4617 FFM |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 23, 2010

   /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge